SUSAN DANTZIC, PETITIONER v. STATE OF NORTH CAROLINA, RESPONDENT

No. 7029SC550

(Filed 15 September 1971)

APPEAL by petitioner from *Snepp, Judge,* 9 March 1970 Mixed Session of Superior Court held in RUTHERFORD County.

*Attorney General Robert Morgan by Staff Attorney Rafford E. Jones for the State.*

*Smith and Patterson by Norman B. Smith for petitioner appellant.*

VAUGHN, Judge.

This case has been reconsidered as directed by the Supreme Court in its decision reported in 279 N.C. 212. We affirm the order of the superior court denying petitioner's application for a new trial and other relief.

Affirmed.

Judges CAMPBELL and BRITT concur.